UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Ex Parte APPLICATION OF THE AKKERMANSIA COMPANY FOR AN ORDER PURSUANT TO 28 U.S.C. §1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. _____ |

## APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. §1782

1. Pursuant to 28 U.S.C. § 1782 ("Section 1782") and based on the concurrently filed Memorandum of Law, Declaration of Sharon L Davis ("Davis Declaration"), and Declaration of Philippe Campolini ("Campolini Declaration"), The Akkermansia Company ("TAC") submits this Application seeking an order permitting it to issue subpoenas for the production of documents as described in Exhibit A to the Davis Declaration and deposition testimony to Dr. Alice Liou Fitzpatrick and Dr. Alan Kaplan. As described in the Memorandum of Law, this discovery would assist Applicant in a foreign legal proceeding pending in Belgium.

2. Section 1782 provides for discovery in the United States to assist tribunals and parties in proceedings before foreign or international tribunals. As explained in the Memorandum of Law, this Application meets all of the statutory requirements for obtaining the requested discovery pursuant to Section 1782.

3. As further set forth in the Memorandum of Law and supporting Declarations, the discretionary factors that a Court may consider when evaluating a Section 1782 petition also weigh in favor of granting the Petition. *See Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264-65 (2004).

4.  Accordingly, for the reasons set forth in the Memorandum of Law, as supported by the Davis Declaration and the Campolini Declaration, TAC respectfully petitions the Court to issue an order granting the Application and authorizing Applicant to serve subpoenas and obtain document production and deposition testimony from Dr. Alice Liou Fitzpatrick and Dr. Alan Kaplan.

Respectfully submitted,

Dated: November 9, 2022

/s/ Daniel L. Shores
Daniel L. Shores (MA Bar. No. 681290)
dshores@rothwellfigg.com
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
10 Post Office Square
Suite 800 South
Boston, MA 02109
Telephone: (617) 312-3101 or (202) 783-6040
Facsimile: (202) 783-6031

Sharon L. Davis (*pro hac vice to be filed*)
sdavis@rothwellfigg.com
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Ave., N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783-6031

*Attorneys for Applicant The Akkermansia Company*