UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

In Re Ex Parte APPLICATION OF
THE AKKERMANSIA COMPANY FOR
AN ORDER PURSUANT TO 28 U.S.C.        Case No. _____
§1782 GRANTING LEAVE TO OBTAIN
DISCOVERY FOR USE IN FOREIGN
PROCEEDINGS

### DECLARATION OF PHILIPPE CAMPOLINI, ESQ.

I, Philippe Campolini, Esq., affirm and declare as follows:

1. I am an attorney practicing in Brussels, Belgium and am a partner at the Stibbe law firm. I am representing The Akkermansia Company ("TAC") in the Belgian entitlement proceeding that is described in the Application to which this Declaration is appended.

2. That entitlement proceeding was filed in and is currently pending before the French-speaking Enterprise Court in Brussels, Belgium. That proceeding shall be conducted before a panel of three judges who will determine the inventorship dispute between the principals of TAC (University of Wageningen, UCLouvain University and several inventors affiliated to these universities) and defendants Ethicon, GHC, and Harvard.

3. Pursuant to Belgian law, including Article 8.8 of the Belgian Civil Code, evidence may be adduced by any means, except where the law provides otherwise. In the Belgian entitlement proceeding, the Belgian court can take into account all evidence that may be relevant for determining the inventorship dispute, including evidence developed through U.S. discovery proceedings.

4. Because it is entirely proper under Belgian law to rely on evidence obtained through U.S. discovery processes, there is no circumvention of Belgian law by the request for evidence from individuals who reside in the U.S. relating to the inventorship dispute.

5. Although Belgium is not a signatory to the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters, Belgium and the U.S. can and do effectively cooperate in the taking of evidence in civil and commercial matters. Letters rogatory ("commissions rogatoires") can be exchanged between both countries. Part 4, Book II, Title III, Chapter VIII of the Belgian Judicial Code, dealing with means of obtaining evidence, contains an Article 873 that provides that Belgian courts shall enforce letters rogatory upon authorization from the Belgian Ministry of Justice. This includes letters rogatory from the U.S.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Philippe Campolini*

Executed on: November 8, 2022        /s/ *Philippe Campolini*
                                     Philippe Campolini, Esq.