UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In Re Ex Parte APPLICATION OF
THE AKKERMANSIA COMPANY FOR
AN ORDER PURSUANT TO 28 U.S.C.
§1782 GRANTING LEAVE TO OBTAIN
DISCOVERY FOR USE IN FOREIGN
PROCEEDINGS

Case No. _____

## DECLARATION OF SHARON L. DAVIS, ESQ.

I, Sharon L. Davis, Esq., affirm and declare as follows:

1. Attached hereto as Exhibit A is a true and correct copy of the proposed Document Requests that Applicant seeks to serve on the Massachusetts witnesses.

2. Attached hereto as Exhibit B is a true and correct copy of the English translation of the Summons filed in the Belgian Enterprise Court on October 28, 2022.

3. Attached hereto as Exhibit C is a true and correct copy of the PDF printout of the Linkedin.com entry for Dr. Alice Liou Fitzpatrick, indicating that she is currently employed by Fractyl Health in Lexington, Massachusetts.

4. Attached hereto as Exhibit D is a true and correct copy of the PDF printout of the Linkedin.com entry for Dr. Lee Kaplan, indicating that he ended his relationship with Massachusetts General Hospital in August 2022, and is currently Director of the Obesity Course Online at the Obesity and Metabolism Institute in Boston, Massachusetts.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: November 8, 2022        /s/ *Sharon L. Davis*
                                      Sharon L. Davis, Esq.