**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re Ex Parte APPLICATION OF THE AKKERMANSIA COMPANY FOR AN ORDER PURSUANT TO 28 U.S.C. §1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. 1:22-MC-91577-DJC |

**MOTION TO COMPEL DISCOVERY ORDERED**
**BY THE COURT PURSUANT TO 28 U.S.C. § 1782**

Pursuant to Fed. R. Civ. P. 37(a) and 45(d)(2)(B)(i), The Akkermansia Company ("TAC" or "Petitioner") moves for an order to compel respondents Dr. Lee M. Kaplan ("Dr. Kaplan"), Mr. William C. Geary ("Mr. Geary"), and Dr. Alice Liou Fitzpatrick ("Dr. Fitzpatrick") (the "Respondents") to comply with subpoenas (the "Subpoenas") issued by the Court (ECF Nos. 7, 12), pursuant to 28 U.S.C. § 1782, seeking information for use in a pending entitlement action in Belgium relating to European patent applications.

WHEREFORE, TAC respectfully requests this Court to enter an order: (a) overruling Respondents' objections to the Subpoena; (b) compelling Respondents to produce all of the documents required by the Subpoenas no later than fourteen days after the Court's order granting this motion; and (c) compelling Respondents to appear for a deposition, to be held no later than twenty-one days after the documents have been produced,

Dated: March 13, 2023                    Respectfully submitted,

                                                      */s/ Daniel L. Shores*
Daniel L. Shores (MA Bar No. 681290)
dshores@rothwellfigg.com
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
10 Post Office Square
Suite 800 South
Boston, MA 02109
Telephone: (617) 312-3101 or (202) 783-6040
Facsimile: (202) 783-6031

Sharon L. Davis (*pro hac vice*)
sdavis@rothwellfigg.com
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Ave., N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783-6031

*Attorneys for Applicant The Akkermansia Company*

## **CERTIFICATE OF CONSULTATION**

I certify that my colleague Sharon Davis and I conferred with opposing counsel John Bennett and Michael Bruns via teleconference on March 6, 2023 for approximately 30 minutes in a good faith effort to narrow areas of disagreement relating to the issues at bar to the fullest extent possible. Despite these efforts, and subsequent consideration and correspondence relating to this matter, the parties were unable to agree to a resolution of the issues at bar.

                                                      /s/ *Daniel L. Shores*
                                                      Daniel L. Shores

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 13th day of March 2023, a copy of the foregoing was filed electronically. Notice of this will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                 /s/ *Nasri V. B. Hage*
                                                 Nasri V. B. Hage