IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re* Application of the Akkermansia Company for an Order Pursuant to 28 U.S.C. Section 1782 | Civil Action No. 1:22-mc-91577-DJC |

SO ORDERED. /s/ Denise J. Casper September 21, 2023

**STIPULATION AND [PROPOSED] ORDER WITHDRAWING MOTION TO COMPEL**

WHEREAS, on November 10, 2022, the Court granted The Akkermansia Company's ("TAC") *ex parte* application for a subpoena pursuant to 28 U.S.C. § 1782 for documents and deposition discovery in aid of an action in Belgium relating to European applications. Dkt. No. 7.

WHEREAS, on June 13, 2023, the Court ordered Dr. Fitzpatrick and Dr. Kaplan to appear for a two-hour deposition by July 27, 2023. Dkt. No. 32.

WHEREAS, the document productions and depositions have been duly completed in accordance with the Court's instructions.

WHEREAS, certain confidentiality designations were previously in dispute, and TAC's Motion to Compel De-Designation of Confidentiality and supporting memorandum of law (Dkt. Nos. 40–41, the "Motion") is currently pending.

WHEREAS, a response to the Motion is due on September 21, 2023, and a hearing on the Motion is set for September 29, 2023 at 11:30 a.m. Dkt. No. 43.

1

WHEREAS, the parties have met and conferred in good faith and reached agreement on those portions of the disputed documents that should remain protected from disclosure, and agreed as to redacted versions protecting the confidential information of the producing party, as follows:

(1) Only the agreed redacted versions of certain disputed documents (Dkt. Nos. 41-1 & 41-2) will be used in the PTAB Interference Proceeding (*Patrice Cani, et al., Junior Party, v. Lee M. Kaplan, et al., Senior Party*, Patent Interference No. 106,130) or the European Opposition Proceeding with respect to EP29192796 set for hearing on October 11, 2023;

(2) All procedures will be followed in the Belgian Entitlement Proceeding (*The Akkermansia Company v. Ethicon Endo-Surgery, et al.*, No. A/23/00411, Enterprise Court of Brussels) to ensure that the disputed documents and transcript shall be maintained as confidential and not be publicly disclosed;

(3) In any future proceedings in Europe, the U.S., or otherwise, that may arise, TAC will use only the agreed redacted versions of the disputed documents unless (1) the parties have explicitly agreed on use of information that was redacted, or (2) as a result of a prior agreement or ruling, that redacted material has already become public.

IT IS NOW, THEREFORE, HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned attorneys and subject to the Court's approval, that TAC's Motion to Compel De-Designation of Confidentiality (Dkt. No. 40) is withdrawn as moot, and the documents and transcript are de-designated as confidential, except for the material redacted from the disputed documents (Dkt. Nos. 41-1 & 41-2) and agreed between the parties for continued protection as confidential according to the terms above, which remains designated.

Dated: September 21, 2023

By: */s/ John T. Bennett*
John T. Bennett

John T. Bennett, BBO No. 648464
Allen & Overy LLP
One Beacon Street
Boston, MA 02108
Telephone: 857-353-4500
John.Bennett@AllenOvery.com

*Attorney for Respondents Dr. Alice Liou Fitzpatrick, Dr. Lee M. Kaplan, and Mr. William C. Geary*


By: */s/ Daniel L. Shores*
Daniel L. Shores

Daniel L. Shores, BBO No. 681290
10 Post Office Square
Suite 800 South
Boston, MA 02109
Telephone: 617-312-3101
DShores@rothwellfigg.com

Sharon L. Davis (admitted *pro hac vice*)
901 New York Ave., N.W., Suite 900 East
Washington, DC 20001
Telephone: 202-783-6040
SDavis@rothwellfigg.com

*Attorneys for Applicant The Akkermansia Company*